# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3265

_____

L. C. Snell,                     *

Appellant,       *

v.                        *    Appeal from the United States
                               *    District Court for the
Hygrade Metal Moulding        *    Western District of Arkansas.
Manufacturing Corp., Inc.; Ronnie   *
Pipkin,                       *        [UNPUBLISHED]
                               *

Appellees.       *

_____

Submitted: April 11, 2002
Filed: April 16, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

L.C. Snell appeals from the district court's[1] adverse grant of summary judgment in his Title VII lawsuit against his former employer. Upon de novo review, see Whitley v. Peer Review Sys., Inc., 221 F.3d 1053, 1055 (8th Cir. 2000), we conclude that the summary judgment record before the district court would not allow a factfinder to infer that Snell's discharge was due to race discrimination.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.